# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | CIVIL ACTION NO. 1:06-CV-01127 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ONE OR MORE UNKNOWN CONFIDENTIAL INFORMANTS OF FEDERAL PRISON CAMP CANAAN, ET AL.** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of June, 2006, upon consideration of plaintiff's application to proceed *in forma pauperis* (Doc. 2), it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED. Plaintiff's motion for advancement of cost and copies by the United States (Doc. 3) is therefore rendered moot.

2. The United States Marshal is directed to serve plaintiff's complaint (Doc. 1) and motion for restraining order and injunction (Doc. 3) on the defendants named therein.

          /s/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge