# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | **CIVIL ACTION NO. 1:06-CV-01127** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ONE OR MORE UNKNOWN CONFIDENTIAL INFORMANTS OF FEDERAL PRISON CAMP CANAAN, ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 21st day of July, 2006, upon consideration of plaintiff's motion for discovery, for service of the complaint, and for a copy of the complaint (Doc. 11), it is hereby ORDERED that:

1. Plaintiff's motion for discovery is denied as premature, as defendants have not yet been served with the complaint.

2. Plaintiff's request for service of the complaint is denied as moot based upon the June 30, 2006 court order directing the United States Marshal to serve the complaint. (Doc. 10).

3. Plaintiff's request for a copy of the complaint is denied as moot.[1]


          /s/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] By letter dated July 19, 2006, the Court's Pro Se Writ Clerk informed plaintiff of the availability and cost of copies of documents filed with the court. (Doc. 12).