IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | CIVIL ACTION NO. 1:06-CV-01127 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ONE OR MORE UNKNOWN CONFIDENTIAL INFORMANTS OF FEDERAL PRISON CAMP CANAAN, ET AL. ET AL.** | : | |
| Defendants. | : | |

FILED
HARRISBURG
OCT 10 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## ORDER

AND NOW, this 10th day of October, 2006, upon consideration of plaintiff's renewed motion for discovery of confidential informant (Doc. 26), it is hereby ORDERED that:

1. The Clerk of Court is directed to UNSEAL plaintiff's renewed motion for discovery of confidential informant. (Doc. 26.)

2. The United States Marshal is directed to serve plaintiff's renewed motion (Doc. 26) on all of the defendants named therein.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge