# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS**, | : | CIVIL ACTION NO. 1:06-CV-1127 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JULIE NICLKIN, et al.**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of March, 2010, upon consideration of plaintiff's second renewed motion to prepare and serve subpoenas (Doc. 113), and it appearing that defendants seek to have the motion denied as premature because they anticipate filing a dispositive motion (Doc. 115) prior to proceeding to trial, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 113) is DENIED as premature.

2. Any and all dispositive motions shall be filed on or before March 26, 2010.

3. No extensions of the dispostive motions deadline shall be granted absent good cause.  See FED. R. CIV. P. 16(b).

4. Plaintiff may re-file his motion to prepare and serve subpoenas after dispositive motions, if any, have been ruled upon by the court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge